UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

ASPEN AMERICAN INSURANCE COMPANY,

                         **Plaintiff,**

         **-against-**

AMERICAN MACAROON, LLC,

                     **Defendant.**

------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** ___ 5/28/2026

**25-CV-09631 (DEH)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Per the Civil Case Management Plan & Scheduling Order (ECF No. 14), the parties were directed to file a joint letter informing the Court about the status of discovery no later than Monday, May 25, 2026. The parties failed to file their letter on time. By no later than Tuesday, June 2, 2026, the parties are ORDERED to file their joint letter regarding the status of discovery.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      May 28, 2026
              New York, New York