USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

**ASPEN AMERICAN INSURANCE COMPANY,**

**Plaintiff,**

**-against-**

**AMERICAN MACAROON, LLC,**

**Defendant.**

---------------------------------------------------------------X

**25-CV-09631 (DEH)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The Court previously directed the parties to file either a stipulation of dismissal or a further joint status letter regarding settlement efforts by August 1, 2026. To date, the parties have filed neither. Accordingly, the parties are directed to file a status letter by August 21, 2026, advising the Court of the status of settlement discussions.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: August 17, 2026
New York, New York